JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARTICE KING, ) | NO. CV 12-03458 JFW (SS) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| GERALD JANDA, Acting Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 21, 2013

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE